# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KYLE NELSON, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:14-cv-354 |
| DONALD MORGAN, WARDEN *Defendant* | ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  DISMISSING PETITION FOR WRIT OF HABEAS CORPUS
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for
.

Date:  3/31/2015

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk